

ATTORNEYS AT LAW

Writer's Direct Dial: (484) 270-1465
E-Mail: snirmul@ktmc.com

September 16, 2013

**VIA ECF**
Hon. Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 17 2013
```

Re:   *Vermont Pension Investment Committee and Washington State Investment Board v. Bank of America, National Association and U.S. Bank, National Association*
No. 1:13-cv-05978-KBF (S.D.N.Y.) [Rel. 1:12-cv-02865-KBF]

Dear Judge Forrest:

We are counsel for Plaintiffs Vermont Pension Investment Committee ("VPIC") and Washington State Investment Board ("WSIB") (collectively, "Plaintiffs") in the above-referenced civil class action (the "Action"). Plaintiffs submit this letter pursuant to Rules 4.B.ii.2 and 6.C of Your Honor's Individual Practices in Civil Cases.

This Court has subject matter jurisdiction over the Action pursuant to 28 U.S.C. § 1332(d)(2) because: (1) this is a class action filed under Fed. R. Civ. P. 23; (2) the aggregate amount in controversy exceeds the jurisdictional amount of $5,000,000.00; and (3) Defendants are citizens of a State different from that of Plaintiffs and the class. *See* Compl. at ¶ 16.[1] Specifically, Defendant Bank of America, National Association is a Delaware corporation with its principal place of business in Charlotte, North Carolina. Defendant U.S. Bank, National Association is a banking subsidiary of U.S. Bancorp, with its principal place of business in Cincinnati, Ohio. (U.S. Bancorp is a Delaware corporation with its principal place of business in Minneapolis, Minnesota). Plaintiffs VPIC and WSIB are statutorily-created oversight and regulatory bodies existing in the States of Vermont and Washington, respectively.

Respectfully,

*[signature]*
Sharan Nirmul

*Ordered*
*Post to docket. (Letters may now be filed on ECF.)*
*K. B. Forrest*
*U.S.D.J.*
*9/17/13*

cc:   All counsel on attached service list (via email)

---

[1] The Court also has subject matter jurisdiction over the Action pursuant to 28 U.S.C. § 1331. *See id.*

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WASHINGTON STATE INVESTMENT BOARD, *et al.*, | ) Civil Action No. 1:13-cv-05978-KBF<br>) [Rel. 1:12-cv-02865-KBF]<br>) |
| Plaintiffs, | ) **ELECTRONICALLY FILED** |
| vs. | ) |
| BANK OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2013, I served a true and correct copy of Lead Plaintiffs' September 16, 2013 Letter to the Honorable Katherine B. Forrest, U.S.D.J. upon the following counsel via e-mail:

Michael Kraut, Esq.
John M. Vassos, Esq.
Morgan, Lewis and Backius, LLP
101 Park Lane
New York, NY  10178-0600
212-309-6158
Fax: 212-309-6273
Email: mkraut@morganlewis.com
Email: jvassos@morganlewis.com
*Attorneys for Defendant U.S. Bank, National Association*

Isaac S. Greaney, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
212-839-7324
Fax: 212-839-5599
Email: igreaney@sidley.com

Jacob S. Kreilkamp, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
213-683-6256
Fax: 213-687-3702
Email: marc.dworsky@mto.com
*Attorneys for Defendant Bank of America, N.A.*

Sharan Nirmul