USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 3 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

POLICEMAN'S ANNUITY AND BENEFIT FUND
OF THE CITY OF CHICAGO,

                Plaintiff,

12 Civ. 2865 (KBF)

-v-

BANK OF AMERICA, N.A. (as Trustee
Under Various Pooling and Servicing
Agreements), and U.S. BANK NATIONAL
ASSOCIATION (as Trustee Under Various Pooling
and Servicing Agreements),

                Defendants.

WASHINGTON STATE INVESTMENT
BOARD, et al.,

13 Civ. 5978 (KBF)

ORDER

                Plaintiffs,

-v-

BANK OF AMERICA, et al.,

                Defendants.
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      These two actions shall be coordinated. Both case numbers shall be used on all ECF filings going forward.

      The Court has reviewed Defendant U.S. Bank National Association's motion for summary judgment, and finds that Defendant did not make a sufficient request

for summary judgment on class standing for the Court to rule on this question at this time. The parties may file appropriate motions accordingly.

Opening motions related to the resolution of Plaintiffs' counsel organization and leadership structure shall be filed by Friday, October 4, 2013. Oppositions shall be filed by Friday, October 11, 2013. Replies shall be filed by Thursday, October 31, 2013.

The remainder of the schedule will proceed as follows:

- Deadline to amend complaint to add new plaintiffs/trusts and holdings information: Thursday, October 31, 2013
- Defendants' answer/motion: Thursday, November 21, 2013
- Initial disclosures: Friday, November 29, 2013
- Motion for class certification: Friday, January 3, 2014
- Opposition to motion for class certification: Monday, March 3, 2014
- Reply in support of motion for class certification: Thursday, March 27, 2014
- Class certification argument: Thursday, April 10, 2014
- Close of fact discovery: Monday, June 16, 2014
- Close of expert discovery: Thursday, August 14, 2014
- Summary judgment deadline: Thursday, August 14, 2014
- Summary judgment opposition: Thursday, September 11, 2014
- Summary judgment reply: Friday, September 26, 2014

Trial in this matter shall begin on Monday, November 28, 2014.

SO ORDERED.

Dated:   New York, New York
         September 23, 2013

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge