SCOTT
+
SCOTT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 15 2013
```

DEBORAH CLARK-WEINTRAUB

Writer's Direct Dial Number
(646) 571-0607

Writer's Direct Email Address
dweintraub@scott-scott.com

October 11, 2013

**VIA ECF**

Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:    *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America,*
       *NA,* Case No. 1:12-cv-02865 (S.D.N.Y.)
       *Vermont Pension Investment Committee v. Bank of America, National*
       *Association,* No. 1:13-cv-05978-KBF (S.D.N.Y.)

Dear Judge Forrest:

       We are writing to inform the Court that counsel in the above-captioned actions have met
and conferred regarding consolidation of the above-referenced actions pursuant to Fed. R. Civ. P.
42(a). We respectfully request an additional week to inform the Court whether the parties have
been able to reach agreement with respect to consolidation of these actions.

                                    Respectfully submitted,
                                    SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                    /s/ Deborah Clark-Weintraub
                                    Deborah Clark-Weintraub

cc: All Counsel

*Ordered*
*Application granted.*
10/11/13     KBF

NEW YORK          SCOTT+SCOTT ATTORNEYS AT LAW, LLP          212-223-8444 VOICE
OHIO                    THE CHRYSLER BUILDING                      212 223 6334 FAX
CALIFORNIA         405 LEXINGTON AVENUE, 40th FLOOR        SCOTTLAW@SCOTT-SCOTT.COM
CONNECTICUT            NEW YORK, NY  10174-4099                WWW.SCOTT-SCOTT.COM

1789988 1