UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. (as Trustee Under Various Pooling and Servicing Agreements), and U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling: and Servicing Agreements),<br><br>Defendants. | Case No. 1:12-cv-2865 (KBF)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: OCT 2 1 2013 |
| VERMONT PENSION INVESTMENT COMMITTEE and WASHINGTON STATE INVESTMENT BOARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 1:13-cv-5978 (KBF) |

## ~~[PROPOSED]~~ ORDER CONSOLIDATING ACTIONS

IT IS HEREBY ORDERED AS FOLLOWS:

1. The above-captioned putative class actions are hereby consolidated under Lead Case No. 12-cv-2865 through summary judgment. Thereafter, the Court will determine whether further consolidated proceedings through trial are appropriate.

2. Every pleading filed in the consolidated actions shall be maintained in one file under Civil Action No. 12-cv-2865.

**SO ORDERED.**

DATED: __10|18__, 2013

_____
THE HONORABLE KATHERINE B. FORREST
United States District Court Judge