Forrest, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICEMEN'S ANNUITY AND BENEFIT FUND OF THE CITY OF CHICAGO et al., <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA, N.A. (as Trustee Under Various Pooling and Servicing Agreements) and U.S. BANK NATIONAL ASSOCIATION (as Trustee Under Various Pooling and Servicing Agreements), <br><br> Defendants. | CASE NO. 1:12-CV-02865-KBF <br><br> CASE NO. 1:13-CV-05978-KBF (consolidated) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: MAR 1 2 2015 |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION FOR
THE NET SETTLEMENT FUND

This matter came before the Court for a hearing on March 12, 2015, on Plaintiffs' motion to determine, among other things, whether the proposed plan of allocation for the Net Settlement Fund (the "Plan of Allocation") should be approved. The Court having considered Plaintiffs' motion and all supporting and other related materials, including the matters presented at the March 12, 2015 hearing; and due and adequate notice having been given to the Settlement Class as required by the Court's November 10, 2014 Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order," ECF No. 296); and the Court having considered all papers and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor:

NOW, THEREFORE, THE COURT FINDS, CONCLUDES AND ORDERS AS FOLLOWS:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated as of November 7, 2014 (the "Stipulation," ECF No. 295-1), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Settlement Class.

3. Notice of Plaintiffs' motion for approval of the Plan of Allocation was given to all Settlement Class members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the Plan of Allocation satisfied the requirements of Federal Rule of Civil Procedure 23 and due process, and constituted the best and most reasonable notice practicable under the circumstances.

4. Over 12,000 copies of the Notice, which included the Plan of Allocation, were disseminated to potential members of the Settlement Class or their nominees.

5. Having reviewed any and all objections to the Plan of Allocation, the Court hereby overrules such objections and finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among members of the Settlement Class with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Plaintiffs.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: 3/12/15

_____
THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

2